# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAXINE BILLIOT, LAURIE CRAVER AND RHONDA SLOAN** | * | **CIVIL ACTION NO:** _____ |
| **VERSUS** | * | **JUDGE:** _____ |
| **PEOPLE HAULERS, INC.** | * | **MAG. JUDGE:** _____ |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE
      UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF LOUISIANA

Defendant, People Haulers, Inc., through undersigned counsel, hereby gives notice of the removal of the civil action entitled, "*Maxine Billiot, Laurie Craver and Rhonda Sloan v. People Haulers, Inc.*," Docket No. 179158, Division "C," pending in the Thirty-Second Judicial District Court, Parish of Terrebonne, State of Louisiana, for the following reasons:

I.

On February 8, 2017, this civil action was commenced in the Thirty-Second Judicial District Court, Parish of Terrebonne, State of Louisiana, by a Petition for Damages filed on behalf of Plaintiffs, Maxine Billiot, Laurie Craver and Rhonda Sloan. The Petition asserts claims arising under federal law and names as Defendant People Haulers, Inc. ("Defendant").

II.

Defendant was served with Plaintiffs' Petition for Damages on February 22, 2017.

III.

Defendant attaches hereto as Exhibit "A" a copy of all process, pleadings, and orders

filed in the state court action, pursuant to 28 U.S.C. §1446(a).

IV.

This action is one of a civil nature seeking monetary damages from Defendant.

V.

Plaintiffs' claims are within the original jurisdiction of the federal district courts pursuant to 28 U.S.C. § 1331. More specifically, Plaintiffs have alleged claims which arise under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, *et seq.*, as well as federal claims for punitive and liquidated damages under 29 U.S.C. §§ 216 and 260.

VI.

Venue of this action is proper pursuant to 28 U.S.C. § 1441, since the United States District Court for the Eastern District of Louisiana embraces the Thirty-Second District Court, Parish of Terrebonne, State of Louisiana. 28 U.S.C. § 1441(a); 28 U.S.C. § 1446(a).

VII.

Pursuant to 28 U.S.C. § 1446(b), a notice of removal is contemporaneously being filed in the Thirty-Second Judicial District Court, Parish of Terrebonne, State of Louisiana, and is being served upon Plaintiffs through their counsel of record.

VIII.

This notice of removal is filed within thirty (30) days of Defendant's receipt, through service or otherwise, of a copy of an initial pleading setting forth the claim for relief upon which this action is based. Removal is therefore timely. 28 U.S.C. § 1446(b)(1).

IX.

Based on the foregoing, Defendant respectfully removes this case to this Honorable Court and respectfully submits that removal is proper pursuant to the Federal Rules of Civil Procedure

and the Local Rules of this Court.

X.

Defendant reserves all rights including defenses and objections, and the filing of this notice of removal is subject to, and without waiver of, any such defenses or objections.

Wherefore, Defendant, People Haulers, Inc., prays that the matter entitled, "*Maxine Billiot, Laurie Craver and Rhonda Sloan v. People Haulers, Inc.*," Docket No. 179158, Division "C" pending in the Thirty-Second Judicial District Court, Parish of Terrebonne, State of Louisiana, be removed to the United States District Court, Eastern District of Louisiana and that the Thirty-Second Judicial District Court, Parish of Terrebonne, State of Louisiana, proceed no further in said action filed herein unless and until this action be remanded by this Court.

Respectfully submitted,

JUNEAU DAVID, APLC

/s/ *Alyse S. Richard*_____
ROBERT J. DAVID, JR. (#21554)
rjd@juneaudavid.com
ALYSE S. RICHARD (#31936)
asr@juneaudavid.com
1018 Harding Street, Suite 202
Post Office Drawer 51268
Lafayette, LA   70505-1268
Ph: (337) 269-0052
Fax: (337) 269-0061

Counsel for Defendant,
People Haulers, Inc.

# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants:

Mr. Preston L. Hayes  
Mr. Matthew A. Sherman  
Mr. Ryan P. Monsour  
Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P.  
One Galleria Boulevard, Suite 1100  
Metairie, LA 70001  

         _____/s/ *Alyse S. Richard* _____  
         ALYSE S. RICHARD